In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00073-CR
_____

BILLY WAYNE GILLILAND, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 253rd District Court
Liberty County, Texas
Trial Cause No. CR33359

_____

MEMORANDUM OPINION

A jury found appellant Billy Wayne Gilliland guilty as an habitual offender of evading arrest or detention with a vehicle and assessed punishment at confinement for life. Gilliland appealed his conviction.

Gilliland's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App.

1978). On June 25, 2018, we granted an extension of time for Gilliland to file a *pro se* brief. We received no response from Gilliland.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

                                            _____
                                                 STEVE McKEITHEN
                                                 Chief Justice

Submitted on October 11, 2018
Opinion Delivered October 24, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1]Gilliland may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.